AMRANE COHEN
Chapter 13 Trustee
Orange City Square
770 The City Drive South, Suite 3300
Orange, CA 92868
(714) 621-0200



FILED
AUG 21 2007
CLERK U.S BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY _____ Deputy Clerk

# UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re:<br><br>SUSAN LYNN    PICKELS<br><br><br><br>                              Debtor(s) | ) Chapter 13<br>) Case No.  SA 07-11600 TA<br>)<br>) **TRUSTEE'S REPORT AND MOTION FOR**<br>) **CONFIRMATION OF PLAN**<br>) **AND ALLOWANCE OF FEES**<br>)<br>) |

Comes now the duly appointed Trustee in this case, and from the First Meeting of Creditors shows to the Court the following:

Debtor's net income is **$5,187.00**  per month

Spouse/other net income is **$0.00**  per month

Debtor's Budget shows **$1,069.00**  disposable income.

Debtor proposes to pay **$370.00**  per month into the Plan.

Estimated number of months to complete:  **60**  months.

This Plan will pay **17%** to unsecured creditors.

By interlineation: **This is a base Plan with all tax refunds and tax returns pledged into the Plan for the duration of the Plan. The base amount is $22,200.00.**

The Plan complies with all requirements of 11 U.S.C. §1322 and §1325.

WHEREFORE, the Trustee prays that the Court approve this report, confirm debtor's Plan, and allow attorney fees in the amount set forth in the Order Confirming Plan.

Dated:  August 20, 2007

_____
Amrane Cohen, Chapter 13 Trustee