```
 1| AMRANE COHEN, CHAPTER 13 TRUSTEE
  | 770 THE CITY DRIVE SOUTH, SUITE 3300
 2| ORANGE, CA 92868
  | TEL:(714)621-0200, FAX:(714)621-0277
 3|
  |                    UNITED STATES BANKRUPTCY COURT
 4|           CENTRAL DISTRICT OF CALIFORNIA-SANTA ANA DIVISION
  |
 5|
  | IN RE.                           |  CHAPTER 13 CASE NO. SA07-11600TA
 6|   SUSAN LYNN PICKELS             |
  |                                  |  NOTICE OF MOTION AND VERIFIED MOTION
 7|                    Debtor(s)     |  FOR ORDER DISMISSING CHAPTER 13
  |  _____|  PROCEEDING (11 U.S.C. - 1307(C))
 8|
  |         PLEASE TAKE NOTICE THAT THE TRUSTEE HEREIN MOVES FOR AN ORDER
 9| DISMISSING THIS PROCEEDING ON OR AFTER September 30, 2007 UNLESS ARRANGEMENTS
  | ARE MADE BY THE ABOVE-NAMED DEBTOR(S) TO CURE THE DELINQUENT PAYMENTS IN THE
10| AMOUNT OF    740.00  . IN ADDITION TO THE DELINQUENT AMOUNT LISTED, DEBTOR(S)
  | MUST CURE ANY SUBSEQUENT TRUSTEE PAYMENT THAT MAY COME DUE AFTER THE DATE OF
11| THIS NOTICE. THIS MOTION IS BASED ON THE FOLLOWING GROUNDS: MATERIAL DEFAULT
  | BY THE DEBTOR(S) WITH RESPECT TO THE TERM OF THE CONFIRMED PLAN BY FAILING TO
12| MAKE PAYMENTS ACCORDING TO THE PLAN (11 U.S.C. 1307(c)(6).
  |
13|
  |         THIS MOTION MAY BE GRANTED WITHOUT A HEARING, PURSUANT TO
14|         LOCAL BANKRUPTCY RULE 9013-1(a)(7)(A). ANY PARTY IN INTEREST
  |         WHO WISHES TO OPPOSE THE MOTION MUST OBTAIN A HEARING DATE
15|         FROM THE CLERK OF THE COURT FOR THE SANTA ANA DIVISION AND
  |         MUST SERVE AND FILE HIS OPPOSITION PAPERS ON THE TRUSTEE
16|         WITHIN FIFTEEN(15) DAYS OF THE DATE OF SERVICE HEREOF.
  |
17|                                       _____
  |                                       AMRANE COHEN
18|
  |         AMRANE COHEN DECLARES UNDER THE PENALTY OF PERJURY THAT HE IS
19| THE DULY APPOINTED, QUALIFIED AND ACTING CHAPTER 13 TRUSTEE AND THE FOREGOING
  | IS TRUE AND CORRECT.  EXECUTED AT ORANGE, CALIFORNIA ON
20|
  | DATE: September 10, 2007        _____
21|                                       AMRANE COHEN
  |         I DECLARE UNDER THE PENALTY OF PERJURY THAT I AM EMPLOYED BY
22| AMRANE COHEN, TRUSTEE; I AM A CITIZEN/LEGAL RESIDENT OF THE U.S.: I
  | AM OVER THE AGE OF 18 YEARS AND NOT A PARTY OF THE ABOVE ACTION. THAT ON
23| September 10, 2007      I MAILED COPIES OF THIS DOCUMENT TO:
  |
24| SUSAN LYNN PICKELS
  |
25| 8215 E WHITE OAK RIDGE#63
  |
26| ORANGE, CA 92869
  | -----------------------------------
27| GREGORY J DOAN                        EXECUTED AT ORANGE CALIFORNIA,
  | 25401 CABOT RD                        ON September 10, 2007
28| STE 119
  | LAGUNA HILLS, CA 92653
29|                                       _____
  |                                       JUAN SANTILLAN
30| (Trustee Form #500 r-07/11/06)
```

FILED SEP 11 2007

ORIGINAL