| Attorney or Party Name, Address, Telephone & Fax Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| **Gregory J. Doan**<br>**25401 Cabot Road, Suite 119**<br>**Laguna Hills, CA 92653**<br>**(949) 472-0593 Fax: (949) 472-5441**<br>California State Bar Number: **165174**<br><br>*Attorney for Debtor* | |

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Susan Lynn Pickels**<br><br><div align="right">Debtor.</div> | CHAPTER   **13**<br><br>CASE NUMBER **8:07-bk-11600**<br><br>DATE: **3/23/2010**<br><br>TIME: **2:00 PM**<br><br>CTRM: **5B** |
|---|---|

## NOTICE OF OPPOSITION AND REQUEST FOR A HEARING

1.    TO *(specify name)*: **Amrane Cohen, Chapter 13 Trustee; Honorable Theodor Albert; all other interested parties**

2.    NOTICE IS HEREBY GIVEN that the debtor  **Pickels, Susan** , a party in interest, hereby opposes the following request *(specify that which is opposed)*:

    **Chapter 13 Trustee's Motion for Order Dismissing Chapter 13 Proceeding**

3.    This opposition is based upon the following grounds *(specify grounds)*:

    **Debtors intend to cure the delinquency by current pending payments or file a Motion to Modify Plan or Suspend Plan Payments for the purpose of clearing the delinquency identified in the Chapter 13 Trustee's Motion for Order Dismissing Chapter 13 Proceeding referenced above.**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*
Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

**F 9013-1.3**

Best Case Bankruptcy

Opposition and Request for a Hearing - *Page 2*

**F 9013-1.3**

| In re | | CHAPTER __13__ |
|---|---|---|
| | **Susan Lynn Pickels** | |
| | Debtor. | CASE NUMBER **8:07-bk-11600** |

4.　Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence *(specify declarations and exhibits by name)*:


5.　　☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6.　Total number of attached pages of supporting documentation: __0__

Any reply to this opposition must be filed with the Court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this Court deny the subject request and set this matter for a hearing.


Dated: **February 2, 2010**

Respectfully submitted,

**Doan Law Firm, LLP**
*Firm Name*


By:　**/s/ Gregory J. Doan**


Name:　**Gregory J. Doan 165174**
*Attorney for*:
**Susan Lynn Pickels**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 9013-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

Opposition and Request for a Hearing - *Page 3*

**F 9013-1.3**

| In re | | CHAPTER ___13___ |
|---|---|---|
| | **Susan Lynn Pickels** | |
| | Debtor. | CASE NUMBER **8:07-bk-11600** |

**NOTE:** When using this form to indicate service of a proposed order, **DO NOT** list any person or entity in Category I.  Proposed orders do not generate an NEF because only orders that have been entered are placed on a CM/ECF docket.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

**635 Camino de los Mares, Suite # 100, San Clemente, CA 92673**

A true and correct copy of the foregoing document described as **Notice of Opposition and Request for a Hearing**  will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d), and **(b)** in the manner indicated below:

**I.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING ("NEF")** - Pursuant to controlling General Order(s) and Local Bankruptcy Rule(s) ("LBR"), the foregoing document will be served by the court via NEF and hyperlink to the document. On **February 2, 2010**  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following person(s) are on the Electronic Mail Notice List to receive NEF transmission at the email addressed indicated below:
  **Amrane Cohen, Chapter 13 Trustee: efile@ch13ac.com**
  **US Trustee: ustpregion16.sa.ecf@usdoj.gov**

☐ Service information continued on attached page

**II.  SERVED BY U.S. MAIL OR OVERNIGHT MAIL** (indicate method for each person or entity served):
On  **February 2, 2010**  I served the following person(s) and/or entity(ies) at the last known address(es) in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States Mail, first class, postage prepaid, and/or with an overnight mail service addressed as follow. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

| | |
|---|---|
| **Honorable Theodor Albert**<br>**411 West Fourth Street, Suite # 5085**<br>**Santa Ana, CA 92701-4593** | **Amrane Cohen, Chapter 13 Trustee**<br>**770 The City Drive South, Suite # 3300**<br>**Orange, CA 92868** |

☐ Service information continued on attached page

**III.  SERVED BY PERSONAL DELIVERY, FACSIMILE TRANSMISSION OR EMAIL** (indicate method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on _____ I served the following person(s) and/or entity(ies) by personal delivery, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

| **February  8, 2010** | **Michael Breeden** | **/s/ Michael Breeden** |
|---|---|---|
| *Date* | *Type Name* | *Signature* |

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 9013-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy

**F 9013-1.3**

| In re<br>**Susan Lynn Pickels**<br>Debtor. | CHAPTER __13__<br>CASE NUMBER **8:07-bk-11600** |
|---|---|

**ADDITIONAL SERVICE INFORMATION (if needed):**

---

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*December 2009*

**F 9013-1.3**

Software Copyright (c) 1996-2010 Best Case Solutions - Evanston, IL - bestcase.com

Best Case Bankruptcy